UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   17-cv-62345-KMM

SECURITIES AND EXCHANGE COMMISSION,   )
                                      )
          Plaintiff,                  )
v.                                    )
                                      )
JOSEPH A. RUBBO, ANGELA RUBBO MONACO  )
BECKCOM, and STEVEN J. DYKES,         )
                                      )
          Defendants                  )
                                      )
_____)

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS FOR
DISGORGEMENT, PREJUDGMENT INTEREST, AND CIVIL PENALTY
AGAINST DEFENDANT JOSEPH A. RUBBO**

Plaintiff Securities and Exchange Commission, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, files this Notice of Voluntary Dismissal as to the Commission's claims for disgorgement, prejudgment interest, and civil penalty against Defendant Joseph A. Rubbo only, due to his prison sentence and restitution order in a parallel criminal case.

Respectfully submitted,

June 11, 2018         By:   s/ Christine Nestor
                            Christine Nestor
                            Senior Trial Counsel
                            Florida Bar # 597211
                            Telephone: (305) 982-6367
                            Facsimile: (305) 536-4154
                            E-mail:NestorC@sec.gov

                            **ATTORNEY FOR PLAINTIFF**
                            **SECURITIES AND EXCHANGE COMMISSION**
                            801 Brickell Avenue, Suite 1800
                            Miami, Florida 33131
                            Telephone: (305) 982-6300
                            Facsimile: (305) 536-4154

## CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that a copy of the foregoing was sent via email and U.S. Mail as indicated below:

Steven J. Dykes
c/o Albert Torres, Supervisor
US Probation Office Southern District of Florida
299 E. Broward Blvd., Suite 409
Ft. Lauderdale, FL 33301

Alvin E. Entin, Esq.
Entin Law Group, P.A.
633 S. Andrews Ave., Suite 500
Fort Lauderdale, FL 33301-2858
954-761-7201
aentin@hotmail.com
*Counsel for Defendant Joseph A. Rubbo*
Via CM/ECF

Angela Rubbo Monaco Beckcom
6391 Osprey Terrace
Coconut Creek, FL 33073

and

2500 Coral Springs Drive, Apt. 114
Coral Springs, FL 33065-3838
Via US Mail

                                                                         s/Christine Nestor
                                                                          Christine Nestor, Esq.