UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   17-cv-62345-KMM

SECURITIES AND EXCHANGE COMMISSION,   )
                                      )
         Plaintiff,                   )
                                      )
v.                                    )
                                      )
JOSEPH A. RUBBO, ANGELA RUBBO MONACO  )
BECKCOM, and STEVEN J. DYKES,         )
                                      )
         Defendants                   )
                                      )
_____)

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS FOR DISGORGEMENT, PREJUDGMENT INTEREST, AND CIVIL PENALTY AGAINST DEFENDANT ANGELA RUBBO MONACO BECKCOM**

Plaintiff Securities and Exchange Commission, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, files this Notice of Voluntary Dismissal as to the Commission's claims for disgorgement, prejudgment interest, and civil penalty against Defendant Angela Rubbo Monaco Beckcom, due to her prison sentence and restitution order in a parallel criminal case.

Respectfully submitted,

September 17, 2018        By:    s/ Christine Nestor
                                 Christine Nestor
                                 Senior Trial Counsel
                                 Florida Bar # 597211
                                 Telephone: (305) 982-6367
                                 Facsimile: (305) 536-4154
                                 E-mail:NestorC@sec.gov

                                 **ATTORNEY FOR PLAINTIFF**
                                 **SECURITIES AND EXCHANGE COMMISSION**
                                 801 Brickell Avenue, Suite 1800
                                 Miami, Florida 33131
                                 Telephone: (305) 982-6300
                                 Facsimile: (305) 536-4154

## CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I further certify that a copy of the foregoing was sent via email and U.S. Mail as indicated below:

Steven J. Dykes
c/o Albert Torres, Supervisor
US Probation Office Southern District of Florida
299 E. Broward Blvd., Suite 409
Ft. Lauderdale, FL 33301

Alvin E. Entin, Esq.
Entin Law Group, P.A.
633 S. Andrews Ave., Suite 500
Fort Lauderdale, FL 33301-2858
954-761-7201
aentin@hotmail.com
*Counsel for Defendant Joseph A. Rubbo*
Via CM/ECF

Angela Rubbo Monaco Beckcom
6391 Osprey Terrace
Coconut Creek, FL 33073

and

2500 Coral Springs Drive, Apt. 114
Coral Springs, FL 33065-3838
Via US Mail

                                                                      s/Christine Nestor
                                                                       Christine Nestor, Esq.