UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-cv-62345-KMM

SECURITIES AND EXCHANGE COMMISSION,   )
                                      )
        Plaintiff,                    )
                                      )
v.                                    )
                                      )
JOSEPH A. RUBBO, ANGELA RUBBO MONACO  )
BECKCOM, and STEVEN J. DYKES,         )
                                      )
        Defendants                    )
                                      )
_____)

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS FOR DISGORGEMENT, PREJUDGMENT INTEREST, AND CIVIL PENALTY AGAINST DEFENDANT STEVEN J. DYKES

Plaintiff Securities and Exchange Commission, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, files this Notice of Voluntary Dismissal as to the Commission's claims for disgorgement, prejudgment interest, and civil penalty against Defendant Steven J. Dykes, due to his prison sentence and restitution order in a parallel criminal case.

Respectfully submitted,

September 17, 2018        By:    s/ Christine Nestor
                                 Christine Nestor
                                 Senior Trial Counsel
                                 Florida Bar # 597211
                                 Telephone: (305) 982-6367
                                 Facsimile: (305) 536-4154
                                 E-mail: NestorC@sec.gov

                                 **ATTORNEY FOR PLAINTIFF**
                                 **SECURITIES AND EXCHANGE COMMISSION**
                                 801 Brickell Avenue, Suite 1800
                                 Miami, Florida 33131
                                 Telephone: (305) 982-6300
                                 Facsimile: (305) 536-4154